**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6124**

_____

LARRY DANNELLE SAMPSON, JR.,

             Plaintiff - Appellant,

      v.

SAMUEL B. GLOVER, Department of Probation, Parole and Pardon
Services,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(0:08-cv-03623-DCN)

_____

Submitted:  June 18, 2009          Decided:  June 23, 2009

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Dannelle Sampson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Dannelle Sampson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sampson v. Glover, No. 0:08-cv-03623-DCN (D.S.C. Dec. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED